UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

|  |  |  |
|---|---|---|
| ANGELINA MCAMIS, | ) | CASE NO.: 2:15-CV-00222-RCJ-NJK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| OFFICER LEFEBURE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #2) entered on April 28, 2015, in which the Magistrate Judge recommends the Court deny the Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #1) and that Plaintiff be required to pay the filing fee of $350.00 and the administrative fee of $50.00, and that failure to do so within the time set by the District Judge should result in dismissal of this action. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #2).

IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #1) is DENIED.

IT IS FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall close this case.

IT IS SO ORDERED this 18th day of May, 2015.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE